UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-761

| | | |
|---|---|---|
| West Licensing Corporation et al. | ) | |
| | ) | |
| v. | ) | DISQUALIFICATION ORDER |
| | ) | |
| Keylaw.com et al. | ) | |

The above-captioned case has been assigned to the undersigned. This Court disqualifies itself from hearing this matter, pursuant to 28 U.S.C. §455. Accordingly, IT IS ORDERED that:

The Clerk of Court is directed to reassign this action pursuant to this Court's assignment of cases order, filed January 5, 1993.

Dated: April 3rd, 2000

JAMES M. ROSENBAUM
United States District Judge

APR 04 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Please use
new case number

00-761 DWF/AJB