**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

WEST LICENSING CORPORATION, ET AL., Civil No. 00-761 DWF/AJB

Plaintiffs,

v. **ORDER OF RECUSAL**

KEYLAW.COM, ET AL.,

Defendants.

---

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses himself in this matter.

Dated: 4/19/00

ARTHUR J. BOYLAN
United States Magistrate Judge

APR 19 2000
FILED
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

(14)

Date: April 20, 2000 jr

R E C O R D  O F  D O C K E T  T E X T

0:00-cv-00761 West Licensing Corp v. Keylaw.com

DOCKET ENTRY

ORDER of Recusal (Magistrate Judge Arthur J. Boylan) Case referred to Magistrate Judge Raymond L. Erickson (4-00 AD 11) 1pg(s) (cc: all counsel)

Hon. Donovan W Frank, Judge

THIS NOTICE SENT TO ALL COUNSEL