UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

West Licensing Corporation,
and West Publishing Corporation
d/b/a West Group,

Plaintiffs,

vs.

ORDER OF DISMISSAL

Keylaw.com, a division of
Infospi.com, and Spy Express,
Inc.,

Defendants.

Civ. No. 00-761 (DWF/RLE)

* * * * * * * * * * * * * * * * * *

The Court having been advised by counsel that the above action has been settled, it is --

ORDERED:

That this action is hereby dismissed, with prejudice, the Court reserving jurisdiction for 45 days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final Judgment, or to seek enforcement of the Settlement terms.

BY THE COURT:

Judge Donovan W. Frank
United States District Court

DATED: June 19, 2000
At St. Paul, Minnesota

FILED JUN 19 2000
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK